(C.D. 4771)

Mitsubishi International Corporation v. United States

Court No. 77-7-01146

Port of Anchorage

(Dated October 11, 1978)

*Bogle & Gates* (*David M. Salentine* and *Thomas J. McKey* of counsel) for the plaintiff.

*Barbara Allen Babcock*, Assistant Attorney General (*Sidney N. Weiss* and *Madeline B. Cohen*, trial attorneys), for the defendant.

ORDER

WATSON, J.

Upon reading and filing defendant's motion for rehearing and reconsideration, plaintiff's response thereto, and all other papers and proceedings had hereunder, it is hereby

ORDERED that this court's opinion and order of July 25, 1978 (C.R.D. 78–9) be, and hereby is, vacated; and it is further

ORDERED, ADJUDGED, AND DECREED that defendant's motion for rehearing and reconsideration be, and hereby is, granted, and that the above-captioned action be, and hereby is, dismissed for lack of jurisdiction.